UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARIAN MCKINNEY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 22-2137 (ABJ) |
| DISTRICT OF COLUMBIA, | ) |
| Defendant. | ) |

### ORDER

Pursuant to Fed. R. Civ. P. 58 and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that defendant's motion to dismiss [Dkt. # 7] is **GRANTED** and the above-captioned case is **DISMISSED**. This is a final, appealable order.

**SO ORDERED.**

AMY BERMAN JACKSON
United States District Judge

DATE: January 31, 2024